# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **JOAN JORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-2190-KHV/GLR** |
| | ) | |
| **DILLARD'S, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having ruled on Documents 80, 82, 84, and 88 pursuant to its Memorandum and Order (Doc. 90), dismisses this action with prejudice, each party to bear their own fees and expenses.


Dated:  <u>March 28, 2007</u>                    <u>s/ Kathryn H. Vratil</u>
                                                Kathryn H. Vratil
                                                United States District Judge

831382.1